IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY K. SMALL,<br><br>Defendant,<br><br>THE SADER LAW FIRM, LLC,<br><br>Garnishee. | Case No. 17-00192-01-CR-W-GAF |

## ORDER

A Writ of Continuing Garnishment has been issued and served upon the garnishee. Pursuant to the Writ, the garnishee filed an Answer on June 21, 2018, stating that at the time of service of the Writ it had in its possession or under its control funds belonging to and due the defendant in the amount of $20,500.00 and that the garnishee was holding said funds.

Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that garnishee pay over to plaintiff $19,850. Said payment should be made payable to the "Clerk of the Court" and forwarded to the address below with the defendant's name and case number 17-00192-01-CR-W-GAF on the check:

United States District Court Clerk
Charles Evans Whittaker Courthouse
400 E. 9th Street, Room 1510
Kansas City, MO  64106

SO ORDERED this 17th day of July, 2018.


   s/ Gary A. Fenner
Gary A. Fenner
United States Senior District Judge